UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIX CRUZ,

                Plaintiff,                        21 **CIVIL** 3083 (ALC)

-against-                          **JUDGMENT**

KILOLO KIJAKAZI,
 COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion Order dated August 22 2022, the Commissioner's motion for judgment on the pleadings is GRANTED, Plaintiff's motion for judgment on the pleadings is DENIED, and the ALJ's decision is AFFIRMED; accordingly, this case is closed.

**Dated:**  New York, New York
          August 23, 2022

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                         **BY:**
                                                **Deputy Clerk**